UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                           )<br>            Plaintiff,                              )<br>                                                           )<br>vs.                                                     )<br>                                                           )<br>ERIC LEON CHRISTIAN,                  )<br>                                                           )<br>            Defendant.                          )<br>_____)  | 2:09-cr-303-JCM-LRL |

ORDER

Presently before the court are the report and recommendation of United States Magistrate Judge Lawrence R. Leavitt (Doc. #56).

Local Rule IB 3-2 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling. Here, no objections were filed.

Magistrate Judge Leavitt recommended that defendant Eric Leon Christian's motion to dismiss for violation of the Speedy Trial Act and the Sixth Amendment (#47) be denied. Upon review of the magistrate judge's findings and recommendation (Doc. # 5) and there being no objections filed,

. . .

. . .

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Magistrate Judge Lawrence
2 R. Leavitt's report and recommendation (Doc. #56) is AFFIRMED in its entirety.
3    IT IS FURTHER ORDERED that defendant Eric Leon Christian's motion to dismiss for
4 violation of the Speedy Trial Act and the Sixth Amendment (#47) is DENIED.
5    DATED this 8th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE