# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIC LEON CHRISTIAN, )<br>)<br>Defendant. )<br>_____ ) | 2:09-cr-0303-JCM-LRL<br><br>**O R D E R** |

The court having found by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense, and good cause appearing therefor,

IT IS ORDERED pursuant to 18 U.S.C. § 4241(d)(2) that the defendant shall be committed forthwith to the custody of the Bureau of Prisons for treatment in a suitable medical facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward, and for an additional reasonable period of time until his mental condition is so improved that trial may proceed.

DATED this 20th day of January, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**