1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8                                  * * *

9   UNITED STATES OF AMERICA,            )

10              Plaintiff,                )

11  vs.                                   )        2:09-cr-303-JCM-VCF

12  ERIC LEON CHRISTIAN,                  )

13              Defendant.                )        **ORDER**
                                          )

14

15          On October 18, 2011, the Court sua sponte ordered that Gary Myers, Esq. be relieved as

16  counsel and that a new CJA panel attorney be appointed forthwith. (#93)  Therefore;

17          IT IS HEREBY ORDERED that Jess R. Marchese, Esq. is appointed as counsel for

18  Eric Leon Christian in place of Gary Myers, Esq. for all future proceedings.

19          IT IS FURTHER ORDERED that Mr. Myers shall forward the file to Mr. Marchese forthwith.

20          DATED  this _____19th_____ day of October, 2011.

21

22

23

24                                          _____
                                            CAM FERENBACH
25                                          UNITED STATES MAGISTRATE  JUDGE

26

27

28