*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
* * *

UNITED STATES OF AMERICA,
          Plaintiff (s),

vs.

ERIC LEON CHRISTIAN,
          Defendant.

2:09-cr-0303-JCM-VCF

MINUTES OF THE COURT

DATED: JANUARY 10, 2012

T_____ATES DISTRICT JUDGE

DEPUTY CLERK  DAVID OAKES        COURT RECORDER   DENISE SAAVEDRA

COUNSEL FOR PLAINTIFF(S)    ROGER YANG, BRANDON JAROCH, AUSA
COUNSEL FOR DEFENDANT(S)  JESS MARCHESE

MINUTES OF PROCEEDINGS: **JURY TRIAL (DAY TWO)**

The Court convened at 9:05 a.m., outside the presence of the jurors.

Mr. Marchese informed the court that he contacted Doctor Calisimo regarding the evaluation of Mr. Christian.  Court and counsel further discussed the diminished capacity of Mr. Christian.  The court inquired from Mr. Marchese if he had any witnesses.  Mr. Marchese stated that the only witness he would have would be his client, but that his client had refused to testify.

Court and counsel discussed the settling of jury instructions.  The court inquired from counsel if the jury instructions had been settled in open court.  Counsel stipulated on the record that the jury instructions had been settled in open court.

Court recessed at 9:40 a.m., to 10:00 a.m.

Court reconvened at 10:00 a.m., in the presence of the jury.  Parties stipulated to their presence.

**DEFENSE RESTS:**

Court read the jury instructions to the jury.

Closing arguments are made by Mr. Jaroch on behalf of the plaintiff.

Closing arguments are made by Mr. Marchese on behalf of the defendant.

Rebuttal arguments are made by Mr. Yang on behalf of the plaintiff

Court directed the clerk to administer the oath to the bailiff.

United States of America, vs. Eric Leon Christian
2:09-cr-0303-JCM-VCF
Jury Trial Day (2)
Tuesday, January 10, 2012                                                                    Page 2

**Jury was sent to deliberate at 11:00 a.m., subject to being recalled when they have reached a verdict.**

The jury informed the court they had reached a verdict.

The court reconvened at 1:45 p.m., in the presence of the jury.   Parties stipulated to their presence.

The court inquired if a foreperson had been selected.   The jury informed the court a foreperson had been selected.

The verdict was read in open court.

The jury found the defendant guilty of two counts.  (See verdict form for details).

**Court recessed at 1:50 p.m.**

**IT IS HEREBY ORDERED** the imposition of sentencing is set for **Tuesday, April 10, 2012 at 10:00 a.m.**

The Court adjourned at 1:55 p.m.

                                                            LANCE S. WILSON, CLERK
                                                            U.S. DISTRICT COURT

                                                            BY:      /S/
                                                                 David Oakes, Deputy Clerk