# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ERIC LEON CHRISTIAN,<br><br>　　　　　　Defendant. | 2:09-cr-00303-JCM-VCF<br><br>**ORDER** |

　　　　Before the Court is Defendant Eric Leon Christian's Motion to Extend Time regarding Dispositive Matter (#172) and Motion/Application for Leave to Proceed In Forma Pauperis (#173). The government has not responded.

　　　　Defendant filed the instant motions as a pro se defendant. Pursuant to Local Rule IA 10-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. An attorney who has appeared for a party shall be recognized by the Court and all the parties as having control of the client's case." As Ms. Heidi A. Ojeda is defendant's counsel of record (#168) and has not filed a motion to withdraw as counsel, defendant may not file motions on his own behalf. *See* Local Rule IA 10-6(a).

　　　　Defendant has appeared by attorney, and continues to be so represented. Accordingly, any motions he seeks this court to consider, must be filed by his attorney of record.

　　　　Accordingly, for the reasons stated above,

　　　　IT IS HEREBY ORDERED that the Motion to Extend Time regarding Dispositive Matter (#172)

///

///

1    and the Motion/Application for Leave to Proceed In Forma Pauperis (#173) are STRICKEN.

2        DATED this 18th day of September, 2013.

3                                                       CAM FERENBACH

4                                                       UNITED STATES MAGISTRATE JUDGE