# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERIC LEON CHRISTIAN, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:09-cr-303-JCM (VCF) <br><br> ORDER |

Presently before the court is *pro se* petitioner Eric Christian's "request for relief for sentencing guidelines violation Title 18 U.S. Code 4042." (Doc. # 180). The government has filed a response. (Doc. # 181). Petitioner has also filed a "motion for judgment" (doc. # 183) to which the government has responded (doc. # 184).

Petitioner asserts that he was released from custody "998 days over the Federal Sentencing Guidelines maximum 18 months at 80%." (Doc. # 180 at 2). He further alleges that pre-release procedures as set forth in 18 U.S.C. § 4042 were not followed by the Bureau of Prisons, and, as a result, he was rendered homeless. (*Id.*). Petitioner seeks monetary relief in the amount of $10,000,000.

First, the sentencing guidelines are only advisory, and do not set maximum limits. *United States v. Booker*, 542 U.S. 220 (2005). Second, there is nothing in 18 U.S.C. § 4042 which creates a private right of action for alleged violations of that statute. *See, e.g., Williams v. United States*, 405 F.2d 951, 954 (9th Cir. 1969)("[Section 4042] does not establish a civil cause of action against

1  anyone in the event the Bureau's duty is breached. As a result, the court is unable to grant the
2  requested relief.
3      Accordingly,
4      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that petitioner's motion for relief
5  (doc. # 180) be, and the same hereby is, DENIED.
6      IT IS FURTHER ORDERED that petitioner's motion for judgment (doc. # 183) be, and the
7  same hereby is, DENIED.
8      DATED March 14, 2014.

_____
UNITED STATES DISTRICT JUDGE