# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>v.<br><br>ERIC LEON CHRISTIAN,<br><br>    Defendant(s). | 2:09-CR-303 JCM (VCF) |

## ORDER

Presently before the court is defendant/petitioner Eric Leon Christian's motion for restitution, which was filed *pro se*. (Doc. # 200).

"A party who has appeared by attorney cannot while so represented appear or act in the case. An attorney who has appeared for a party shall be recognized by the Court and all parties as having control of the client's case." Local Rule IA 10-6(a). As Mr. Jess Marchese is defendant's counsel of record, the defendant may not file motions on his own behalf.

Defendant has appeared by attorney, and continues to be so represented. Any motions he seeks this court to consider must be filed by his attorney of record.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Christian's motion for restitution (doc. # 200) be, and the same hereby is, DENIED.

DATED June 11, 2014.

_____
UNITED STATES DISTRICT JUDGE