# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>ERIC LEON CHRISTIAN,<br><br>Defendant(s). | 2:09-CR-303 JCM (VCF) |

### ORDER

Presently before the court is the matter of *United States v. Christian*, case no. 2:09-cr-303-JCM-VCF.

Christian has submitted a document to the court in the form of a letter requesting several forms of relief. The clerk's office split that document into two "motions," one seeking to strike Christian's attorney of record, Jess Marchese, (doc. # 220), and the other seeking to extend time to appeal the denial of his request for restitution (doc. # 221).

Any request for a court order must be made in the form of a motion. *See* Fed. R. Civ. P. 7(b). Letters to the court seeking relief will not be considered.

In any event, Christian is ultimately seeking a form of relief ($10,000,000) that is not available in this criminal proceeding.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Christian's "motions" to

3 strike (doc. # 220) and to extend time (doc. # 221) be, and the same hereby are, STRICKEN.

4  DATED July 1, 2014.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -