# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>v.<br><br>ERIC LEON CHRISTIAN,<br><br>    Defendant(s). | 2:09-CR-303 JCM (VCF) |

**ORDER**

Presently before the court is Eric Leon Christian's request for "restitution." (Doc. # 226). Christian asserts he is owed restitution under 18 U.S.C. § 3663A for certain actions by the undersigned, the United States Attorneys Office, and the United States Marshal Service. That statute provides for mandatory restitution to victims of certain crimes. As Christian is the defendant in this criminal action, he is not the victim of any crime, and the statute is entirely inapplicable.

Furthermore, this is Christian's third attempt at obtaining monetary relief in this criminal action, which is now closed. Christian has been repeatedly instructed by the court that such relief is not available in these proceedings. (*See*, *e.g.*, order doc. # 223). Accordingly, the court hereby advises Christian that any additional documents filed by him in this closed case will be STRICKEN without consideration.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Christian's motion for

3  restitution (doc. # 226) be, and the same hereby is, DENIED.

4  IT IS FURTHER ORDERED that any further documents filed in this closed criminal case

5  will be stricken without consideration.

6  DATED July 10, 2014.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -