# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-CR-303 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| ERIC CHRISTIAN, | |
| Defendant(s). | |

The above entitled matter was remanded to the undersigned judge for a retrial. After the original jury trial in this matter, defendant complained to numerous courthouse personnel about how he had been railroaded and treated unfairly by the undersigned at trial and during the course of the case. With good cause appearing, and to avoid the appearance of impropriety,

U.S. District Court Judge James C. Mahan recuses himself in this matter.

**IT IS ORDERED** that this action is referred to the clerk of the court for random reassignment of this case for all further proceedings.

DATED January 7, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**