DANIEL G. BOGDEN
United States Attorney
BRANDON C. JAROCH
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
 (702)388-6336 / Fax: (702)388-6698
brandon.jaroch@usdoj.gov

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:09-cr-303-RFB |
| Plaintiff, | ) ) ) | MOTION TO CONTINUE STATUS HEARING |
| vs. | ) ) | (First Request) |
| ERIC CHRISTIAN, | ) ) | |
| Defendant. | ) ) ) | |

The United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and BRANDON C. JAROCH, Assistant United States Attorney, hereby moves this Court to continue the status hearing currently scheduled for August 22, 2016, at the hour of 10:00 a.m., for 30 days, or to a date and time to be set by this Honorable Court.

This motion is entered into based upon the following:

1. On July 15, 2016, the defendant was taken into custody by local law enforcement as the result of two complaints being issued against him. *See* Attachments A and B. The defendant is currently being charged with Battery w/ Substantial Bodily Harm stemming from an incident that occurred in North Las Vegas. *See* Attachment A. He is also facing a felony charge for Extortion and a gross misdemeanor for Intimidation of a Public Officer. *See*

1  Attachment B. The defendant has made appearances in both matters and a competency
2  evaluation has been ordered. *Id*. The defendant's next state court appearance is currently
3  scheduled for August 12, 2016 at 9:00 a.m. to begin the competency evaluation process which
4  can take anywhere between three weeks to three months depending on the defendant's mental
5  health.

6        2. Additionally, both Government counsel assigned to the case will be out of the
7  District on August 22, 2016 to travel to the DEA's Federal Pharmaceutical Drug Investigations
8  and Prosecution Training, scheduled from August 23 – 25, 2016, in Dallas, Texas.

9        3. Prior to his arrest on July 15, 2016, the defendant has been an absconder from this
10 Court thus resulting in the tolling of the Speedy Trial Clock. *See* Title 18, United States Code §
11 3161(h)(3). The defendant has now been arrested on unrelated state charges and is subject to
12 competency proceedings both excludable under the Speedy Trial Clock. *See* Title 18, United
13 States Code §§ 3161(h)(1)(A) and (B).

14       4. This motion is not made for the purposes of delay and denial could result in
15 unnecessary delays in the defendant's state court proceedings related to his mental health.

16       5. The additional time requested by this stipulation is excludable in computing the time
17 within which the trial herein must commence pursuant to the Speedy Trial Act, § 3161(h)(7)(A),
18 considering the factors under Title 18, United States Code §§ 3161(h)(7)(B).

19       6. This is the Government's first request for a continuance of a Status Hearing.
20 //
21 //
22 //
23                                          2
24

Dated this the 9th day of August, 2016.

                                  Respectfully Submitted,

                                  DANIEL G. BOGDEN
                                  United States Attorney

                                  */s/ Brandon C. Jaroch*
                                  BRANDON C. JAROCH
                                  Assistant United States Attorney

# **CERTIFICATE OF SERVICE**

I certify that on this day I served a copy of the GOVERNMENT'S MOTION TO CONTINUE STATUS HEARING, upon the defendant by electronically filing said document via the CM/ECF system and by mail with the United States Postal Service to address:

>Eric Christian
>Inmate #2644832
>Clark County Detention Center
>South Casino Center Blvd.
>Las Vegas NV, 89101

DATED: August 9, 2016

>*s/ Brandon C. Jaroch*
>BRANDON C. JAROCH
>Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) Case No.: 2:09-cr-303-RFB |
| Plaintiff, | )<br>) ORDER |
| vs. | ) |
| ERIC CHRISTIAN, | ) |
| Defendant. | ) |

Based on the representations contained in the Government's motion and good cause appearing,

IT IS THEREFORE ORDERED that the Status Hearing currently scheduled for Monday, August 22, 2016 at 10:00 a.m., be vacated and continued to  9/23/2016  at the hour of  11:30 am, Courtroom 7C.

DATED this  19th of August, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# ATTACHMENT A

# 15CRN001916-0000

| | | | |
|---|---|---|---|
| Case Type | CRIMINAL COMPLAINT NLV | Action: | BATTERY W/SUBSTANTIAL BODILY HARM |
| Case Status: | OPEN | Status Date: | 10/21/2015 |
| File Date: | 10/21/2015 | Case Judge: | TYRRELL, NATALIE L |
| DCM Track: | | Next Event: | 08/12/2016 |

**Tabs:** All Information | Party | Charge | Ticket/Citation # | Event | Docket | Disposition

## Party Information

**CHRISTIAN, ERIC LEON - DEFENDANT CR/TR**

Disposition
Disp Date

Alias

Party Attorney

More Party Information

## Party Charge Information

**CHRISTIAN, ERIC LEON - DEFENDANT CR/TR**

    Charge # 1 :    50214 - FELONY    BATTERY W/SUBSTANTIAL BODILY HARM

| | |
|---|---|
| Original Charge | 50214 BATTERY W/SUBSTANTIAL BODILY HARM (FELONY) |
| Indicted Charge | |
| Amended Charge | |
| DV Related? | |
| Modifiers | |
| Stage Date | |

| | |
|---|---|
| Ticket # | |
| ATN # | |
| Tracking # | |
| Place of Offense | NORTH LAS VEGAS TOWNSHIP |
| Offense Location | |
| Date of Offense | 09/01/2015 |
| Complainant | |

Sentencing Information

## Ticket/Citation #

**Citation # : - NORTH LAS VEGAS TOWNSHIP**    Offense Date  09/01/2015

| | | | |
|---|---|---|---|
| Agency | NORTH LAS VEGAS POLICE DEPARTMENT | Speed Cited | |
| Officer | | Speed Limit | |
| Second Officer | | Location | |
| Complainant | | Insured/Proof | |
| | | Accident | N |
| | | Work Zone | |
| | | Haz Mat | |
| | | Points | |
| | | Priors | |
| | | License Taken | N |
| | | BAC | |

Plate
State
Year
Type

```
Style
Color
```

## Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 07/19/2016 08:30 AM | DEPARTMENT 2 | FELONY ARRAIGNMENT NLV | ARRAIGNMENT HEARING HELD | TYRRELL, NATALIE L |
| 07/20/2016 08:30 AM | DEPARTMENT 2 | FELONY ARRAIGNMENT NLV | ARRAIGNMENT HEARING HELD | TYRRELL, NATALIE L |
| 08/12/2016 09:00 AM | DISTRICT COURT DEPARTMENT 9 | DISTRICT COURT ARRAIGNMENT NLV | | |

## Docket Information

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| 09/01/2015 | BAIL AMOUNT | BAIL AMOUNT<br>Charge #1: BATTERY W/SUBSTANTIAL BODILY HARM | |
| 10/22/2015 | ARREST WARRANT ISSUED | Complaint FILED.<br>Arrest Warrant ISSUED TYRRELL, NATALIE L<br>BAIL SET.<br>ARREST WARRANT - CRIMINAL created on: 10/22/2015<br>For: CHRISTIAN, ERIC LEON<br>Bond Amt: $    10,000.00 | |
| 10/22/2015 | ALERT INFORMATION | ALERT INFORMATION<br>ARREST WARRANT - CRIMINAL issued on: 10/22/2015<br>For: CHRISTIAN, ERIC LEON<br>Bond Amt: $    10,000.00 | |
| 07/18/2016 | ALERT INFORMATION | ALERT INFORMATION<br>ARREST WARRANT - CRIMINAL served on: 07/15/2016<br>For: CHRISTIAN, ERIC LEON | |
| 07/18/2016 | SET FOR COURT APPEARANCE | SET FOR COURT APPEARANCE<br>Event: FELONY ARRAIGNMENT NLV<br>Date: 07/19/2016    Time: 8:30 am<br>Judge: TYRRELL, NATALIE L    Location: DEPARTMENT 2<br><br>Result: ARRAIGNMENT HEARING HELD | |
| 07/19/2016 | OFFICERS PRESENT NLVJC DEPT 2 | N.L. TYRRELL, JP<br>CARA CAMPBELL, DDA<br>O. GARCIA, CLK<br>RECORDED BY JAVS/TS | |
| 07/19/2016 | ARRAIGNMENT HEARING HELD | ARRAIGNMENT HEARING HELD<br>DEFENDANT PRESENT IN NLV CUSTODY<br>COMPLAINT PRESENTED<br>DEFENDANT REFUSES TO FILL OUT APPLICATION FOR COURT APPOINTED COUNSEL<br>DEFENDANT REQUEST TO REPRESENT HIMSELF<br>COURT BEGAN THE FARETTA CANVAS<br>COURT WAS INFORMED BY JAIL STAFF THAT DEFENDANT HAS A POSSIBLE PSYCH ISSUE<br>COURT REQUEST JAIL MEDICAL TO REVIEW DEFENDANTS STATUS AND INFORM THE COURT IF DEFENDANT NEEDS TO BE REFERRED TO DISTRICT COURT FOR EVALUATION<br>PASSED FOR STATUS CHECK AND CONTINUED ARRAIGNMENT<br>NLV $10,000 | |

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| | | The following event: FELONY ARRAIGNMENT NLV scheduled for 07/19/2016 at 8:30 am has been resulted as follows:<br><br>Result: ARRAIGNMENT HEARING HELD<br>Judge: TYRRELL, NATALIE L   Location: DEPARTMENT 2 | |
| 07/19/2016 | SET FOR COURT APPEARANCE | SET FOR COURT APPEARANCE<br>Event: FELONY ARRAIGNMENT NLV<br>Date: 07/20/2016   Time: 8:30 am<br>Judge: TYRRELL, NATALIE L   Location: DEPARTMENT 2 | |
| 07/20/2016 | OFFICERS PRESENT NLVJC DEPT 2 | N.L. TYRRELL, JP<br>MARIA LAVELLE, DDA<br>O. GARCIA, CLK<br>RECORDED BY JAVS/TS<br><br>TRACK 14 | |
| 07/20/2016 | ARRAIGNMENT HEARING HELD | ARRAIGNMENT HEARING HELD<br><br>DEFENDANT PRESENT IN NLV CUSTODY<br>DUE TO THE COURTS INTERACTIONS WITH DEFENDANT YESTERDAY - CONCERNS WERE RAISED REGARDING DEFENDANTS COMPETENCY<br>COURT REQUESTED MEDICAL STAFF TO INTERVIEW DEFENDANT REGARDING THIS ISSUE<br>THE COURT WAS INFORMED THIS MORNING BY JAIL STAFF THAT THE DEFENDANT REFUSED TO SPEAK WITH MEDICAL STAFF<br>COURT HAS BEEN UNABLE TO PROPERLY ARRAIGN DEFENDANT AS DEFENDANT IS BEING ARGUMENTATIVE AND CONSTANTLY TALKS OVER THE COURT<br>DEFENDANT IS REFUSING LEGAL REPRESENTATION AND CONTINUES TO INTERRUPT COURT PROCEEDINGS<br>AT THIS TIME THE COURT IS NOT ABLE TO CONTINUE WITH PROCEEDINGS<br>ON COURTS OWN MOTION:<br>REQUEST AND ORDER FOR COMPETENCY EVALUATION SIGNED IN OPEN COURT<br>DEFENDANT BOUND OVER TO DISTRICT COURT FOR FURTHER PROCEEDINGS RE: COMPETENCY<br>DEFENDANT TO APPEAR IN DISTRICT COURT 9 FOR COMPETENCY HEARING<br>CCDC 10,000<br><br>The following event: FELONY ARRAIGNMENT NLV scheduled for 07/20/2016 at 8:30 am has been resulted as follows:<br><br>Result: ARRAIGNMENT HEARING HELD<br>Judge: TYRRELL, NATALIE L   Location: DEPARTMENT 2 | |
| 07/20/2016 | SET FOR COURT APPEARANCE | SET FOR COURT APPEARANCE<br>Event: DISTRICT COURT ARRAIGNMENT NLV<br>Date: 08/12/2016   Time: 9:00 am<br>Judge:   Location: DISTRICT COURT DEPARTMENT 9 | |

**Case Disposition**

| Disposition | Date | Case Judge |
|---|---|---|
| UNDISPOSED | | TYRRELL, NATALIE L |

# ATTACHMENT B

Skip to Main Content  Logout  My Account  Search Menu  New Criminal Search  Refine Search  Back          Location : Justice Court   Help

# REGISTER OF ACTIONS
## CASE NO. 16F11723X

| | | |
|---|---|---|
| State of Nevada vs. CHRISTIAN, ERIC | § § § § § | Case Type: **Felony**<br>Date Filed: **07/14/2016**<br>Location: **JC Department 11** |

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| | | | **Lead Attorneys** |
| Defendant | CHRISTIAN, ERIC | | **Public Defender**<br>*Public Defender*<br>702-455-4685(W) |
| State of Nevada | State of Nevada | | |

### CHARGE INFORMATION

| Charges: CHRISTIAN, ERIC | Statute | Level | Date |
|---|---|---|---|
| 1. Extortion [50619] | 205.320 | Felony | 07/05/2016 |
| 2. Intimidate pub off/others [52995] | 199.300.3b | Gross Misdemeanor | 07/05/2016 |

### EVENTS & ORDERS OF THE COURT

| | DISPOSITIONS |
|---|---|
| 08/08/2016 | (Judicial Officer: Goodman, Eric)<br>   1. Extortion [50619]<br>       Competency Bindover<br>   2. Intimidate pub off/others [52995]<br>       Competency Bindover |

| | OTHER EVENTS AND HEARINGS |
|---|---|
| 07/14/2016 | CTRACK Track Assignment JC11 |
| 07/14/2016 | Criminal Complaint |
| 07/14/2016 | Request For Arrest Warrant |
| 07/14/2016 | Filed Under Seal |
| 07/14/2016 | Declaration of Warrant Summons (Affidavit) |
| 07/14/2016 | Arrest Warrant Request  (11:49 AM) (Judicial Officers Bonaventure, Joseph M., Bonaventure, Joseph M.)<br>Result: Arrest Warrant Issued |
| 07/14/2016 | Arrest Warrant Ordered to be Issued<br>   Count 1 - 20,000/20,000 Count 2 - 5,000/5000 |
| 07/14/2016 | Minute Order - Department 11 |
| 07/14/2016 | Warrant Issued |
| 07/14/2016 | Warrant Cleared (Issued in Error) |
| 07/14/2016 | Warrant Issued |
| 07/14/2016 | Arrest Warrant Confidential |
| 07/14/2016 | Arrest Warrant - Face Sheet |
| 07/14/2016 | CTRACK Case Modified<br>   Jurisdiction/DA; |
| 07/21/2016 | CTRACK Case Modified<br>   ArrestDate/07/21/2016; |
| 07/21/2016 | Warrant Cleared |
| 07/21/2016 | Warrant Arrest Documents |
| 07/22/2016 | Warrant Service Slip |
| 07/25/2016 | CANCELED   Arrest Warrant Return Hearing  (7:30 AM) (Judicial Officer Goodman, Eric)<br>   Vacated |
| 07/25/2016 | Initial Appearance  (7:30 AM) (Judicial Officer Goodman, Eric)<br>   in custody<br>Result: Matter Heard |
| 07/25/2016 | Initial Appearance Completed<br>   Advised of Charges on Criminal Complaint, Waives Reading of Criminal Complaint |
| 07/25/2016 | Public Defender Appointed |
| 07/25/2016 | Bail Reset - Cash or Surety<br>   Counts: 001; 002 - $25,000.00/$25,000.00 Total Bail |
| 07/25/2016 | Minute Order - Department 11 |
| 07/25/2016 | Motion<br>   Motion by Defendant to represent himself - Motion denied at this time |
| 08/08/2016 | Preliminary Hearing  (9:00 AM) (Judicial Officer Goodman, Eric)<br>   In Custody<br>Result: Bound Over |
| 08/08/2016 | Request for Evaluation for Competency<br>   Request and Order filed in open Court |
| 08/08/2016 | Competency Bind Over to District Court |

| | |
|---|---|
| | *Request and Order for Competency Evaluation signed. Defendant conditionally bound over to District Court, re: Competency. Defendant to appear in District Court Department 9.* |
| 08/08/2016 | **Competency Court date set** |
| | *Aug 12 2016 9:00AM: in custody* |
| 08/08/2016 | **Bail Stands - Cash or Surety** |
| | *Counts: 001; 002 - $25,000.00/$25,000.00 Total Bail* |
| 08/08/2016 | **Minute Order - Department 11** |