# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC LEON CHRISTIAN,<br><br>Defendant. | Case No. 2:09-cr-00303-RFB-VCF<br><br>**ORDER TO PRODUCE**<br>**ERIC LEON CHRISTIAN, # 02644832** |

TO:   WARDEN, CLARK COUNTY DETENTION CENTER
      LAS VEGAS, NV
      UNITED STATES MARSHAL FOR THE DISTRICT OF
      NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **ERIC LEAN CHRISTIAN, #02644832,** is presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd., Las Vegas, NV.

**IT IS FURTHER ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce **ERIC LEAN CHRISTIAN, #02644832,** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Thursday, September 29, 2016, at the hour of 1:15 PM, to attend a status conference hearing in the instant matter, until the said **ERIC LEAN CHRISTIAN, #02644832**, is released and discharged by the said Court; and that the said **ERIC LEAN CHRISTIAN,**

**#02644832,** shall thereafter be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

**DATED** this 22nd day of September, 2016.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**