**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC LEON CHRISTIAN,<br><br>Defendant. | Case No. 2:09-cr-00303-RFB-VCF<br><br>**AMENDED ORDER TO PRODUCE**<br>**ERIC LEON CHRISTIAN, # 02644832** |

TO:   WARDEN, CLARK COUNTY DETENTION CENTER
       LAS VEGAS, NV
       UNITED STATES MARSHAL FOR THE DISTRICT OF
       NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **ERIC LEAN CHRISTIAN, #02644832,** is presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd., Las Vegas, NV.

**IT IS FURTHER ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce **ERIC LEAN CHRISTIAN, #02644832,** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Monday, October 24, 2016 through October 25, 2016 at the hour of 9:30 AM, and October 27, 2016 at the hour of 9:30 AM, to attend the jury trial in LV Courtroom 7C in the instant matter, until the said **ERIC LEAN CHRISTIAN, #02644832**, is released and discharged by the said Court; and that the said **ERIC LEAN CHRISTIAN, #02644832,** shall thereafter be

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

**DATED** this 18th day of October, 2016.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**