FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 27 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC LEON CHRISTIAN,<br><br>Defendants. | Case No. 2:09-cr-00303-RFB-VCF<br><br>ORDER |

This Court having ordered the jury impaneled in the above-entitled action kept together during the period(s) of deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of the Court.

DATED: <u>October 27, 2016</u>.

_____
RICHARD F. BOULWARE, II
United States District Judge