1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF NEVADA**

7 * * *

8 UNITED STATES OF AMERICA,                    Case No. 2:09-cr-00303-RFB-VCF

9                          Plaintiff,           **ORDER TO PRODUCE**
                                                **ERIC LEON CHRISTIAN, #02644832**
10           v.

11 ERIC LEON CHRISTIAN,

12                          Defendant.

13

14     TO:        WARDEN, CLARK COUNTY DETENTION CENTER
15                LAS VEGAS, NV
                  UNITED STATES MARSHAL FOR THE DISTRICT OF
16                NEVADA AND ANY OTHER UNITED STATES MARSHAL

17

18     **THE COURT HEREBY FINDS** that **ERIC LEON CHRISTIAN, #02644832,** is

19 presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd.,

20 Las Vegas, NV.

21     **IT IS FURTHER ORDERED** that the Warden of Clark County Detention Center,  or his

22 designee, shall transport and produce **ERIC LEON CHRISTIAN, #02644832,** to appear before

23 the United States District Judge at the Lloyd D. George United States Courthouse in Las

24 Vegas, Nevada, on or about Thursday, November 17, 2016 at the hour of 10:00 AM, to attend tha

25 sentencing hearing in the instant matter,  until the said **ERIC LEON CHRISTIAN, #02644832**, is

26 released and discharged by the said Court; and that the said  **ERIC LEON CHRISTIAN,**

27

28

**#02644832,** shall thereafter be returned to the custody of the Warden, Clark County Detention Center,  Las Vegas, Nevada, under safe and secure conduct.

**DATED** this <u>14th</u> day of November, 2016.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**