**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>ERIC LEON CHRISTIAN,<br><br>           Defendant. | Case No. 2:09-cr-00303-RFB-VCF<br><br>**ORDER TO PRODUCE**<br>**ERIC LEON CHRISTIAN, #02644832** |

TO:     WARDEN, CLARK COUNTY DETENTION CENTER
           LAS VEGAS, NV
           UNITED STATES MARSHAL FOR THE DISTRICT OF
           NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **ERIC LEON CHRISTIAN, #02644832,** is presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd., Las Vegas, NV.

**IT IS FURTHER ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce **ERIC LEON CHRISTIAN, #02644832,** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Monday, December 19, 2016 at the hour of 11:30 AM, in LV Courtroom 7C to attend a sentencing hearing in the instant matter, until the said **ERIC LEON CHRISTIAN, #02644832**, is released and discharged by the said Court; and that the said

**ERIC LEON CHRISTIAN, #02644832,** shall thereafter be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

**DATED** this 7th day of December, 2016.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**