# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | CA No. 17-10007 |
|---|---|---|
| Plaintiff-Appellee, | ) | 2:09-cr-00303-RFB-VCF-1 |
| vs. | ) | **ORDER** |
| ERIC LEON CHRISTIAN, | ) | |
| Defendant-Appellant. | ) | |

Pursuant to the order filed on June 26, 2017, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HERE BY ORDERED that Mark Eibert is appointed to represent Eric Leon Christian for this appeal. Mr. Eibert's address is: P.O. Box 1126, Half Moon Bay, CA 94019 and his phone number is 650-712-8380.

Former counsel, The Federal Public Defender's office is directed to forward a copy of the file to Mr. Eibert forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED this 3rd day of July, 2017.
Nunc Pro Tunc Date: June 30, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE