UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No.: 2:09-cr-00303-JAD-VCF |
|---|---|
| Plaintiff | |
| v. | **Order Denying Request for Transcripts** |
| Eric Christian, | [ECF No. 515] |
| Defendant | |

     A jury found Eric Christian guilty of two counts of interstate transmission of threat to injure in 2016, and he was sentenced during the first week of 2017.[1] Christian's appeal from that judgment was voluntarily dismissed,[2] but not before the transcripts of his proceedings were prepared and filed on the docket. Christian's subsequent requests for various relief from the Ninth Circuit have been denied, as was Christian's 18 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence.[3] Although this case has been closed for more than seven years, last week, Christian filed a pro se request asking for "the 2016 jury trial transcript and the complete" transcripts from this case and his 2017 habeas case "for Habeas Corpus appeal review."[4]

---

[1] ECF Nos. 370, 386.

[2] ECF No. 443 (order and mandate).

[3] *See* ECF No. 443 (2018 order dismissing appeal); ECF No. 458 (2020 order dismissing appeal); ECF No. 467 (order denying § 2255 motion); ECF No. 512 (2023 order denying writ of mandamus).

[4] ECF No. 515. The age of this case and the fact that Christian has already litigated one 28 U.S.C. § 2255 motion makes it highly likely that habeas relief is no longer available to him. He is cautioned that he likely must obtain Ninth Circuit approval under 18 U.S.C. § 2244 before filing a second or successive federal habeas motion under 18 U.S.C. § 2255.

For the habeas case, 2:17-cv-01707-RFB-VCF, there were no hearings, so there are no transcripts. There are dozens of transcripts in Christian's criminal case, however.[5] But the court does not simply give out copies of transcripts and other filings upon request because criminal defendants have no constitutional right to free photocopying.[6] Any litigant who wants copies of electronically filed documents from the court must pay ten cents per page to get them.[7]

IT IS THEREFORE ORDERED that Eric Christian's request for transcripts **[ECF No. 515] is DENIED.** Christian may obtain copies of the transcripts in his case from the Clerk's office by paying the standard, applicable photocopying rate.

_____
U.S. District Judge Jennifer A. Dorsey
April 22, 2024

---

[5] ECF Nos. 156, 157, 214, 215, 239–243, 305–313, 414–418, 425–440 (transcripts of proceedings).

[6] *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991).

[7] Nev. LR IC 1-1(i)(5); 28 U.S.C. § 1914.