# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　Plaintiff<br><br>v.<br><br>Eric Christian,<br><br>　　Defendant | Case No.: 2:09-cr-00303-JAD-VCF<br><br>**Order Striking Rogue Filings**<br><br>[ECF Nos. 518, 519, 520] |

　　Although this criminal case was closed many years ago, Defendant Eric Christian continues to file rogue documents in it, including the most recent proposed "Judgment in a Civil Action," attempting to get the court to enter a $2 billion judgment in his favor against the United States of America.[1] Christian has been repeatedly warned that this case is closed, that he may no longer make filings in it, and that any future filings will be struck.

　　IT IS THEREFORE ORDERED that **the Clerk of Court is directed to STRIKE Christian's recent rogue filings [ECF No. 518, 519, 520].**

　　Christian is again reminded that THIS CASE IS CLOSED and that any further filings in it will be struck without prior notice.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　　　　　August 5, 2024

---

[1] ECF No. 520.